UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Glen Edward Underdahl,

            Plaintiff,

vs.                         ORDER ADOPTING
                             REPORT AND RECOMMENDATION

Polk County Sheriff's Office,
Brian Lundeen, Dave Emanuel,
Nathan Brouse, Phil Juve, and
Nathan Rasch,

           Defendants.          Civ. No. 09-1063 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That this action be dismissed, without prejudice, for failure to comply with this Court's Order of March 17, 2010, for failure to effect proper service on the Defendants, and for lack of prosecution.

DATED: 05/28/10                                       s/Patrick J. Schiltz
                                                              Patrick J. Schiltz,
                                                              United States District Judge